# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-11814-ELF

IDELFONSO RODRIGUEZ, JR.

4425 1/2 - 4427 N LAWRENCE STREET

PHILADELPHIA, PA 19140

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IDELFONSO RODRIGUEZ, JR.

    4425 1/2 - 4427 N LAWRENCE STREET

    PHILADELPHIA, PA 19140


Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILADELPHIA,, PA 19152-

Date: 9/19/2022

                                            /S/ Kenneth E. West
                                            _____
                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee