# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Idelfonso Rodriguez, Jr.**                                   Case No.  **22-11814/elf**

                                   Debtor(s)                          Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023 a copy of the Proof of Claim of Attorney's Fees was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail:

Kenneth E. West, Ch. 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**