# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Idelfonso Rodriguez, Jr.**     Case No. **22-11814/amc**

Debtor(s)     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023 a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

IRS
PO Box 7346
Philadelphia, PA 19101-7346

PHFA
211 North Front Street
Harrisburg, PA 17101

City of Philadelphia
Law Dept. Tax & Revenue Unit/
Water Revenue Bureau
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

U.S. Dept. of Education
PO Box 16448
St. Paul, MN 55116-0448

Electronic mail:

Leon P. Haller on behalf
of PHFA

Brian Craig Nicholas on behalf of
PHFA

Joshua Domer on behalf of
City of Philadelphia

Kenneth E. West, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire,**
7711 Castor Ave.
Philadelphia, PA 19152
215-725-4242