**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| Idelfonso Rodriguez, Jr. | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 22-11814 |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH U.S.C. SECTION 1325(a)(6), 1325 (a)(8) AND (a)(9)**

I Bradly E. Allen, attorney for Debtor upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for April 18, 2023 in the above referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 4/17/23        BY: _____
                          Bradly E. Allen, Esquire
                          Attorney for Debtor, Idelfonso Rodriguez, Jr.