# EXHIBIT C



52210856
Page: 1 of 3
05/13/2010 11:22AM

Prepared By: Tara Scanlan
300 Welsh Road, Building 5
Horsham, Pennsylvania
19044

(215) 591-0222 1196

Return To: Gateway Funding Diversified
Mortgage Services
300 Welsh Road, Building 5
Horsham, Pennsylvania 19044

This Document Recorded
05/13/2010
11:22AM
Doc Code: A    Commissioner of Records

Doc Id: 52210856
Receipt #: 902284
Rec Fee: 168.00
City of Philadelphia

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned holder of a mortgage ("Assignor") whose address is 300 Welsh Road, Building 5, Horsham, PENNSYLVANIA 19044
does hereby grant, sell, assign, transfer and convey unto
Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17105-5057

its successors and assigns ("Assignee"), all of its right, title and interest in a certain Mortgage dated May 7, 2010      made and executed by   Idelfonso Rodriguez

to and in favor of
Gateway Funding Diversified Mortgage Services, L.P.

upon the following described property situated in
Philadelphia      County, State/Commonwealth of Pennsylvania
with an address of 4425 1/2-4427 North Lawrence Street, Philadelphia, PENNSYLVANIA 19140
and further described in Exhibit "A" attached hereto.  Such Mortgage having been given to secure payment of Eighty Three Thousand Four Hundred Thirty Five and no/100

which mortgage is of record in Book, Volume, or Liber No.      at page no.
(or as recorded immediately prior hereto) of the Office of the Register, Clerk or Recorder of Deeds of
Philadelphia      County, State/Commonwealth of      Pennsylvania
together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject Only to the terms and conditions of the above described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage On May 7, 2010

Witness:

_____
Tara Scanlan
Closer

Gateway Funding Diversified Mortgage Services, L.P.

_____
Lesa Bruno
Authorized Signer

GTWY005 (Rev 07/08 HN)

Page 1 of 2

I CERTIFY that the correct name and address of the within named Assignee is:

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA  17105-5057

STATE/COMMONWEALTH OF    PENNSYLVANIA
COUNTY OF                Montgomery

Be it remembered, that on this 7th   day of May   , 2010 , before me, the undersigned officer,
personally appeared          Lesa Bruno                Authorized Signer
of Gateway Funding Diversified Mortgage Services L.P.
(name of signatory), known to me (or satisfactorily proved) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
NOTARY PUBLIC
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRIDGET DONOVAN, Notary Public
Horsham Twp., Montgomery County
My Commission Expires August 12, 2013

GTWY005 (Rev 07/08 HN)

Page 2 of 2

LEGAL DESCRIPTION

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected, described according to a Plan and Survey made by Walter Brinton, Esquire, Surveyor and Regulator of the 5th Survey District, dated November 9, 1926.

**SITUATED** on the East side of Lawrence Street (as laid out 50 feet wide) at the distance of 290 feet North of Cayuga Street (as laid out 50 feet wide) in the 7th Ward of the City of Philadelphia; thence extending South 78 degrees 39 minutes East 105 feet to a point across the bed of a certain 19 feet wide driveway which extends North and South and communicates on the North end thereof with a certain other 7 feet 11 inches wide driveway which extends Westward narrowing into a 7 feet 6 inches wide driveway which continues Westward into Lawrence Street; thence extending North 11 degrees, 21 minutes East 14 feet 6-1/2 inches to a point; thence extending North 79 degrees 50 seconds West 18 feet 2 inches to a point; thence extending North 78 degrees 39 minutes West 86 feet 2 inches to a point in the said East side of Lawrence Street; thence extending South along the said Lawrence Street 14 feet 2 inches to the first mentioned point and place of beginning.

**BEING** No. 4425-1/2 – 4427 North Lawrence Street.

**BEING PHILADELPHIA COUNTY TAX PARCEL NO**

**TOGETHER** with the free and common use, right, liberty and privilege of the aforesaid driveways as and for passageways and watercourses at all times hereafter, forever. Subject to the proportionate part of the expense of keeping said driveways, passageways and watercourses in good order and repair.

ALTA Commitment
Schedule A *(continued)*

Recorded 20 Philadelphia A 4/20/23 15:29:21   Rec Fee: $220.00

Prepared by & Return to:

U.S. Bank National Association
c/o PHFA-Loan Servicing Division
211 North Front Street, P.O. Box 15057
Harrisburg, Pennsylvania 17105-5057
717-780-3800 or 1-800-346-3597

Records Department    Doc Code: A

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, **PENNSYLVANIA HOUSING FINANCE AGENCY ("PHFA")**, hereby grant, sell, convey, assign and deliver unto the **U.S. BANK NATIONAL ASSOCIATION**, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), its successors and assigns, the following described Mortgage, together with the Note secured thereby

Name of Original Mortgagor(s):    IDELFONSO RODRIGUEZ
Secured by the real property located at:  4425 1/2-4427 NORTH LAWRENCE STREET, PHILADELPHIA, PA 19140
Municipality of: PHILADELPHIA
Original Mortgagee: GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P.
Original Principal Amount: $83,435.00          County Recorded in: PHILADELPHIA
Mortgage Recorded: May 13, 2010                Instrument #: 52210855
Last Assignment to: PA Housing Finance Agency  Instrument #: 52210856

IN WITNESS WHEREOF, the said Pennsylvania Housing Finance Agency, has caused this **Assignment of Mortgage** to be executed by its duly authorized officer. (Series: 108) WILLIAMSC

DATED: June 30, 2016         By:    PENNSYLVANIA HOUSING FINANCE AGENCY

_____
Thomas F. Brzana, Jr.
Director of Loan Servicing Division

COMMONWEALTH OF PENNSYLVANIA   :
COUNTY OF DAUPHIN              :

On this, the 30th day of June, 2016, before me, the undersigned officer, personally appeared Thomas F. Brzana, Jr., Director of Loan Servicing Division., an authorized officer of the Pennsylvania Housing Finance Agency, and acknowledged that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.
In witness whereof, I have hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kimberley A. Ayala, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires Jan. 15, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

### CERTIFICATE OF RESIDENCE OF ASSIGNEE

I certify that the principal business and mailing address for this assignment and assignee is:
U.S. Bank National Association, c/o PHFA-Loan Servicing Division
211 North Front Street, P.O. Box 15057, Harrisburg, Pennsylvania 17105-5057

_____
Authorized Officer

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected, described according to a Plan and Survey made by Walter Brinton, Esquire, Surveyor and Regulator of the 5th Survey District, dated November 9, 1926.

**SITUATED** on the East side of Lawrence Street (as laid out 50 feet wide) at the distance of 290 feet North of Cayuga Street (as laid out 50 feet wide) in the 7th Ward of the City of Philadelphia; thence extending South 78 degrees 39 minutes East 105 feet to a point across the bed of a certain 19 feet wide driveway which extends North and South and communicates on the North end thereof with a certain other 7 feet 11 inches wide driveway which extends Westward narrowing into a 7 feet 6 inches wide driveway which continues Westward into Lawrence Street; thence extending North 11 degrees, 21 minutes East 14 feet 6-1/2 inches to a point; thence extending North 79 degrees 50 seconds West 18 feet 2 inches to a point; thence extending North 78 degrees 39 minutes West 86 feet 2 inches to a point in the said East side of Lawrence Street; thence extending South along the said Lawrence Street 14 feet 2 inches to the first mentioned point and place of beginning.

**BEING** No. 4425-1/2 – 4427 North Lawrence Street.

**BEING PHILADELPHIA COUNTY TAX PARCEL NO**

**TOGETHER** with the free and common use, right, liberty and privilege of the aforesaid driveways as and for passageways and watercourses at all times hereafter, forever. Subject to the proportionate part of the expense of keeping said driveways, passageways and watercourses in good order and repair.

**BEING** the same premises which Domingo Colon, by Deed dated February 10, 1997, and recorded September 17, 1997, in the Office of the Recorder of Deeds, in and for the County of Philadelphia, Pennsylvania, in Deed Book JTD 414, Page 584, granted and conveyed unto Evelyn Colon Berrios, her heirs and assigns, in fee.

**UNDER AND SUBJECT** to Conditions and Restrictions as now appear of record.

ALTA Commitment
Schedule A *(continued)*