## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Idelfonso Rodriguez Jr. d/b/a The Other Man of the House<br>Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 22-11814 AMC |
| Idelfonso Rodriguez Jr. d/b/a The Other Man of the House<br>Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

### CERTIFICATE OF SERVICE

I, Mark A. Cronin, Esq., Attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on April 20, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Idelfonso Rodriguez Jr. d/b/a The Other Man of the House
4425 1/2- 4427 North Lawrence Street
Philadelphia, PA 19140

Attorney for Debtor(s)
BRADLY E. ALLEN, ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: April 20, 2023

/s/ Mark A. Cronin
_____
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant