United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Idelfonso Rodriguez, Jr.  
      Debtor

Case No. 22-11814-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 19, 2023      Form ID: 155      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Idelfonso Rodriguez, Jr., 4425 1/2 - 4427 N. Lawrence Street, Philadelphia, PA 19140 |
| 14746474 | + | Bradly E. Allen, Esquire, 7711 Castor Avenue, Philadelphia, PA 19152-3601 |
| 14710662 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14704964 | | U.S. Bank Nat'l Assn/PHFA, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14736266 | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14724931 | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14727919 | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | City of Philadelphia, c/o Joshua Domer,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14714397 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2023 23:55:00 | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14704962 | ^ | MEBN | Apr 19 2023 23:49:53 | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14704963 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2023 23:55:00 | PA Department Of Revenue, Bankruptcy Division, P. O. Box 280946, Harrisburg, PA 17128-0946 |
| 14710580 | ^ | MEBN | Apr 19 2023 23:49:53 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721901 | + | Email/Text: blegal@phfa.org | Apr 19 2023 23:55:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14705143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14727197 | | Email/Text: edbknotices@ecmc.org | Apr 19 2023 23:55:00 | US Department of Education, National Payment Center, PO Box 790336, St. Louis, MO 631790336 |
| 14726998 | | Email/Text: EDBKNotices@ecmc.org | Apr 19 2023 23:55:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14704965 | + | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | Water Revenue Bureau, C/O City Of Phila. Law |

Case 22-11814-amc   Doc 60   Filed 04/21/23   Entered 04/22/23 00:29:15   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 155 | Total Noticed: 16 |

Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14704961 | * | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14722512 | * | IRS, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14746768 | * | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14759183 | *+ | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2023           Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Idelfonso Rodriguez Jr. bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Idelfonso Rodriguez, Jr.
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11814−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 18, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Ashely M. Chan
                                                 Judge ,
                                                 United States Bankruptcy Court