# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Idelfonso Rodriguez, Jr.**    Case No. **22-11814/amc**
Debtor(s)    Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023 a copy of Debtor's Response to Motion for Relief of U.S. Bank National Association was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail:

Leon P. Haller on behalf
of U.S. Bank National Assoc./ PHFA

Brian Craig Nicholas on behalf of
U.S. Bank National Assoc/ PHFA

Mark A. Cronin on behalf of
U.S. Bank National Assoc./PHFA

Kenneth E. West, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire,**
7711 Castor Ave.
Philadelphia, PA 19152
215-725-4242