IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                                 :
                                                       :
        Idelfonso Rodriguez, Jr.                       :
                                                       :        Bankruptcy No. 22-11814 (amc)
                                            Debtor.    :
-------------------------------------------------------x
```

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                      THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ JOSHUA DOMER*
                                                    JOSHUA DOMER
                                                    DEPUTY CITY SOLICITOR
                                                    PA Attorney I.D. 319190

## ENTRY OF APPEARANCE

Kindly enter the appearance of MEGAN N. HARPER, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                        THE CITY OF PHILADELPHIA

Dated: June 23, 2023      By:    */s/ Megan N. Harper*
                                        MEGAN N. HARPER
                                        Senior Attorney
                                        PA Attorney I.D. 81669
                                        Attorney for the City of Philadelphia
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0503 (phone)
                                        Email: Megan.Harper@phila.gov