# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Idelfonso Rodriguez, Jr.**
Debtor

Case No. **22-11814/amc**
Chapter **13**

US. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR THE PA HOUSING FINANCE AGENCY
    Movant

vs.

IDELFONSO RODRIGUEZ, JR.
    Debtor

CHAPTER 13 NO. 22-11814/amc

## PRAECIPE TO WITHDRAW
## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE PA HOUSING FINANCE AGENCY

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Debtor's Response to the Motion for Relief From the Automatic Stay of U.S. Bank National Association as Trustee for the PA Housing Finance Agency.

/s/Bradly E. Allen, Esquire
Bradly E. Allen, Esquire
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA 19152
P-215-725-4242