## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Idelfonso Rodriguez, Jr.                                              Case No.  22-11814/amc
                              Debtor(s)                                      Chapter   13

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023 a copy of the Praecipe to Withdraw Debtor's Response to Motion for Relief of U.S. Bank National Association was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail:

Leon P. Haller on behalf
of U.S. Bank National Assoc./ PHFA

Brian Craig Nicholas on behalf of
U.S. Bank National Assoc/ PHFA

Mark A. Cronin on behalf of
U.S. Bank National Assoc./PHFA

Kenneth E. West, Chapter 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire,
7711 Castor Ave.
Philadelphia, PA 19152
215-725-4242