United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11814-amc

Idelfonso Rodriguez, Jr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 01, 2024      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Idelfonso Rodriguez, Jr., 4425 1/2 - 4427 N. Lawrence Street, Philadelphia, PA 19140 |
| 14746474 | + | Bradly E. Allen, Esquire, 7711 Castor Avenue, Philadelphia, PA 19152-3601 |
| 14710662 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14704964 | | U.S. Bank Nat'l Assn/PHFA, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14736266 | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14724931 | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14727919 | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, c/o Joshua Domer,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14714397 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2024 00:57:00 | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14704962 | ^ | MEBN | May 02 2024 00:28:03 | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14704963 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:57:00 | PA Department Of Revenue, Bankruptcy Division, P. O. Box 280946, Harrisburg, PA 17128-0946 |
| 14710580 | ^ | MEBN | May 02 2024 00:28:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721901 | + | Email/Text: blegal@phfa.org | May 02 2024 00:57:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14705143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14727197 | | Email/Text: edbknotices@ecmc.org | | |

| | | | | |
|---|---|---|---|---|
| | | | May 02 2024 00:57:00 | US Department of Education, National Payment Center, PO Box 790336, St. Louis, MO 631790336 |
| 14726998 | | Email/Text: EDBKNotices@ecmc.org | May 02 2024 00:56:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14704965 | + | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | Water Revenue Bureau, C/O City Of Phila. Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14704961 | * | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14746768 | * | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14759183 | *+ | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14722512 | * | IRS, P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024    Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Idelfonso Rodriguez Jr. bealaw@verizon.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: May 01, 2024 Form ID: pdf900 Total Noticed: 18
TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    IDELFONSO RODRIGUEZ JR

Debtor

Chapter 13

Bankruptcy No. 22-11814-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: May 1, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge