r4081-37P                                                                10/18/22

```
          IDELFONSO RODRIGUEZ                    8825
          4427 N LAWRENCE ST
          PHILADELPHIA          PA 19140-2434


                       ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                  ACCOUNT HISTORY

          THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
          08/01/22 THROUGH 11/30/22.
          YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                 564.00 OF WHICH       445.36 WAS FOR PRINCIPAL AND INTEREST
          AND    118.64 WENT INTO YOUR ESCROW ACCOUNT.

                PROJ     ACTUAL   PROJ                   ACTUAL    PROJ       ACTUAL
                ESCROW   ESCROW   ESCROW                 ESCROW    ESCROW     ESCROW
        O/YR    DEPOSIT  DEPOSIT  PAYMENTS DESCRIPTION   PAYMENTS  BALANCE    BALANCE
        TARTING BALANCE .......................................   259.10     1610.40-
        8/22    129.58   118.64  *                                388.68     1491.76-
        9/22    129.58           *                                518.26     1491.76-
        0/22    129.58  3014.94  *Y                          Y    647.84     1523.18
        1/22    129.58   129.58   Y                          Y    777.42     1652.76
        2/22    129.58           *                                907.00
        1/23    129.58           *                               1036.58
        2/23    129.58           *                               1166.16
        3/23    129.58           *   246.66 CITY TAX      *      1049.08
        4/23    129.58           *                               1178.66
        5/23    129.58           *  1308.24 HAZARD        *          .00
        6/23    129.58           *                                129.58
        7/23    129.58           *                                259.16

          LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
          MADE DURING THIS PERIOD EQUALING         1,554.90. UNDER FEDERAL LAW,
          YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED       259.15
          (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
          UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
          UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
          BALANCE SHOULD NOT HAVE EXCEEDED                  .00.
```

# EXHIBIT A

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                         ACCOUNT PROJECTION

```
    CITY TAX            :        246.66
    HAZARD INS          :      1,308.24
    ----------------------------------------
    ANNUAL DISBURSEMENTS :      1,554.90
           1,554.90 / 12 =        129.58  ESCROW PAYMENT

        PAYMENTS      PAYMENTS                    CURRENT BAL   REQUIRED BAL
 IO/YR   TO            FROM     DESCRIPTION       PROJECTION    PROJECTION
 ALANCE AS OF 11/30/22..........................   1,652.76        777.42
 2/22    129.58                                    1,782.34        907.00
 1/23    129.58                                    1,911.92      1,036.58
 2/23    129.58                                    2,041.50      1,166.16
 3/23    129.58       246.66   CITY TAX            1,924.42      1,049.08
 4/23    129.58                                    2,054.00      1,178.66
 5/23    129.58     1,308.24   HAZARD                875.34           .00
 6/23    129.58                                    1,004.92        129.58
 7/23    129.58                                    1,134.50        259.16
 8/23    129.58                                    1,264.08        388.74
 9/23    129.58                                    1,393.66        518.32
 0/23    129.58                                    1,523.24        647.90
 1/23    129.58                                    1,652.82        777.48
```

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS      777.42 . YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      777.42 .

    YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
          574.94 OF WHICH      445.36 WILL BE FOR PRINCIPAL AND
    INTEREST AND       129.58 WILL GO INTO YOUR ESCROW ACCOUNT.

```
NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST             445.36
     ESCROW PAYMENT                     129.58
                                  ---------------
NEW PAYMENT EFFECTIVE 12/01/22           574.94
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.