**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Idelfonso Rodriguez, Jr.    : CASE NO.  22-11814-ELF
     :
     Debtor(s)  :
     : CHAPTER 13
PENNSYLVANIA HOUSING FINANCE  :
AGENCY  :
     Movant  :
     Vs  :
     :
Idelfonso Rodriguez, Jr.    :
And Kenneth E. West, Trustee  :
     Respondents :

## CERTIFICATE OF SERVICE

    I, Leon P. Haller, attorney for Movant, certify under penalty of perjury that on November 02, 2022 I served or caused to be served the Notice of Mortgage Payment Change, Exhibit A and Certificate of Service on the parties at the addressed show below or on the attached list. The types of service made on the parties were: Electronic Notification and First-Class Mail.

### Service by Electronic Notification

Debtor's Counsel:    Bradley E. Allen
            bealaw@verizon.net

Trustee:         Kenneth E. West
            VIA ECF / CM

### Service by First Class Mail
Debtor(s):       Idelfonso Rodriguez, Jr.
           4425½ - 4427 N Lawrence Street
           Philadelphia, PA 19140

                      s/Leon P. Haller
                      PURCELL, KRUG & HALLER
                      1719 North Front Street
                      Harrisburg, PA  17102
                      (717) 234-4178
                      ID #15700